U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 23 - 2026
John M. Domurad, Clerk

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**POOJA PAWSE**

**Defendant**

Case No. 8:26-MJ-256 (PJE)
Click here to enter text.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of 10/27/2024 in the county of Essex in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 611 | Voting by Aliens |

This criminal complaint is based on these facts:
Click here to enter text.

☒ Continued on the attached sheet.

Anthony Del Viscovo
*Complainant's signature*

HSI S/A Anthony Del Viscovo
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 10/23/2026

*Judge's signature*

City and State: Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anthony Del Viscovo, being duly sworn, deposes and states that he is a Special Agent with the Homeland Security Investigations, and charges as follows:

**COUNT ONE**
**[Voting by Alien]**

1. On or about October 27, 2024, in Essex County in the Northern District of New York, the defendant, POOJA PAWSE, an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives, in violation of 18 U.S.C. § 611.

The basis for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been since July 2023. I am currently assigned to Rouses Point, New York.

3. I hold a Bachelor of Arts degree in Criminology and Criminal Justice from William Paterson University, and a Master of Arts degree in Emergency Management and Homeland Security from Arizona State University. I worked as an active-duty military police officer in the United States Air Force for five years and as a Detention Enforcement Officer with the United States Marshals Service for three years.

4. I completed the Criminal Investigator Training Program followed by the Homeland Security Investigations Special Agent Training program at the Federal Law Enforcement Training Center in January of 2024. During these programs, I received training related to federal rules of evidence, criminal procedure, and various federal crimes, including voting by aliens in violation of 18 U.S.C. § 611.

5. As a Special Agent with HSI, I have extensive experience enforcing immigration laws and determining citizenship, including by reviewing immigration records. I have also reviewed voter records, including voter applications, and interviewed registered voters who are not United States citizens.

6. This affidavit is based upon my personal participation in the investigation of this matter; conversations with other law enforcement officers and witness; review of immigration and voter records; and my training and experience.

7. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where dates are set forth herein, they are approximate, unless stated otherwise.

## PROBABLE CAUSE

8. A review of immigration and public records reveals that PAWSE is a citizen of India. She is not, and has never been, a United States citizen. PAWSE is a Lawful Permanent Resident (LPR) of the United States. For the past approximately six years, PAWSE has lived in Lake Placid, New York.

9. Records obtained from the Essex County Board of Elections ("Essex County BOE") reveal that the general election held on November 5, 2024, included candidates for President, Vice President, the United States Senate, and the United States House of Representatives.

10. Records obtained from the Essex County BOE reveal that PAWSE voted by early in-person voting on October 27, 2024, for the general election held on November 5, 2024.

11. On September 22, 2026, PAWSE arrived at the Abu Dhabi Preclearance Port of Entry on an Etihad Airlines flight to New York JFK International Airport. Upon arrival, PAWSE presented herself for inspection with an Indian passport. PAWSE also provided her LPR card, which was issued on June 11, 2024.

12. During a secondary inspection, a U.S. Customs and Border Protection (CBP) officer interviewed PAWSE regarding her voter status in the United States. As a result of information provided during the interview, the CBP officer administered a Record of Sworn Statement in Administrative Proceedings. In the sworn statement, PAWSE admitted that (i) she is an Indian citizen; (ii) she is not a United States citizen; and (iii) she voted in the last federal election.

## Conclusion

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that POOJA PAWSE, an alien, knowingly voted in a federal election, in violation of 18 U.S.C. § 611.

Attested to by the affiant.

Respectfully submitted,

ANTHONY E DEL VISCOVO

Digitally signed by ANTHONY E DEL VISCOVO
Date: 2026.10.22 15:34:05 -04'00'

Anthony Del Viscovo
Special Agent
Homeland Security Investigations

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by TEAMS on October 23, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge