AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

United States of America
v.

POOJA PAWSE

*Defendant*

Case No. 8:26-MJ-256(PJE)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* POOJA PAWSE, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 611 - Voting by Aliens

Date: 10/23/2026

[signature]
*Issuing officer's signature*

City and state: Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on *(date)* 10/23/2026, and the person was arrested on *(date)* 10/30/2026 at *(city and state)* Lake Placid, New York.

Date: 11/09/2026

Anthony Del Viscovo
*Arresting officer's signature*

Anthony Del Viscovo/ Special Agent
*Printed name and title*